JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RODRIQUES, | ) Case No. EDCV 23-0216-JPR |
| | ) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| MERRICK GARLAND, Attorney General, | ) |
| | ) |
| Respondent. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is HEREBY ADJUDGED that the Petition is GRANTED.  Within 30 days of entry of this Judgment, Respondent must provide Petitioner with an individualized bond hearing in line with the procedural protections outlined in the Memorandum Decision.

DATED: May 8, 2024

*Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE